552 A.2d 1036

**Joyce YOUNG, Petitioner,**

**v.**

**Harold E. HAMPTON.**

Supreme Court of Pennsylvania.

Nov. 2, 1988.

## ORDER

PER CURIAM.

Granted. The Order of the Superior Court is reversed and this matter is remanded to the Court of Common Pleas of Northampton County.